Date: 09/15/10  AECP # 151040   CR # 3016                                  Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 3016 Dated 09/15/10
Case Number 09-17512 - VAZQUEZ, JULIO E.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Pyramed Healthcare Group, Ltd<br>1120 East Broad Street<br>PO Box 30<br>Elyria, OH 44036 | 000003 | 40.00 | 0.79 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000012 | 107.65 | 2.13 |
| City of Lorain<br>Utilities Department<br>1106 W 1st Street<br>Lorain, OH 44052<br>    (16-1) utilities service | 000016 | 115.34 | 2.28 |
| OHIO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>    (19-1) ELECTRIC SERVICE | 000019 | 156.42 | |
| ---------- Remittance Total --------------- | | 419.41 | 8.30 |

FILED 2010 SEP 29 PM 12:52 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

SHELDON STEIN, BANKRUPTCY TRUSTEE

Printed: 09/15/10 02:12 PM    Ver: 15.20